IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. |
| | ) 09-00306-01-CR-W-HFS |
| BRUCE JENSEN, | ) |
| Defendant. | ) |

## O R D E R

On December 3, 2009, defendant moved for a judicial determination of mental competency. Defendant was examined by Christina Pietz, Ph.D., a forensic psychologist. It is the opinion of Dr. Pietz that defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on February 10, 2010, defendant and the government stipulated to the report of Dr. Pietz.

Therefore, with no objections having been filed and after making an independent review of the record, it is

ORDERED that defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between December 3, 2009, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

During the hearing before Judge Larsen, defendant stated that he had recently stopped taking his psychiatric medication and that he would continue to refuse his medication. Therefore, it is further

ORDERED that defense counsel notify the court (by filing a renewed motion for judicial determination of mental competency) of any suspicion that defendant's mental condition has deteriorated so as to affect his ability to understand the proceedings and assist in his defense.

      /s/ Howard F. Sachs
      HOWARD F. SACHS
      United States District Judge

March  15 , 2010

Kansas City, Missouri